# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| CARLOS GARCIA SABROSO, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:16-cv-13 |
| | * | |
| v. | * | |
| | * | |
| D. RAY JAMES CORRECTIONAL INSTITUTE, | * | |
| | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's April 28, 2016, Report and Recommendation, dkt. no. 3, to which no objections have been filed. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge, and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES** Petitioner's Petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, dkt. no. 1, and **DENIES** Petitioner leave to appeal *in forma pauperis*. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

SO ORDERED, this 23 day of May, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)